IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHEILA JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:11-3126-L** |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| **Commissioner of Social Security** | § | |
| **Administration**, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff Sheila Johnson ("Plaintiff") filed this appeal on November 11, 2011, from the adverse decision of the Commissioner of the Social Security Administration ("Commissioner") denying her claim for Supplemental Security Income ("SSI") benefits under Title XVI of the Social Security Act. Plaintiff requests that the Commissioner's denial of her claim be reversed and remanded for an award of benefits, or, in the alternative, for further administrative proceedings. The case was referred to Magistrate Judge Paul D. Stickney, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on February 4, 2013, recommending that the final decision of the Commissioner be affirmed. No objections to the report were filed.

After an independent review of the pleadings, file, record, applicable law, and the magistrate judge's findings and conclusions, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the court **denies**

Plaintiff's Motion for Summary Judgment, **affirms** the decision of the Commissioner, and **dismisses** this case **with prejudice**.

    **It is so ordered** this 20th day of February, 2013.

                                                        Sam A. Lindsay
                                                        United States District Judge